IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:-12CR-177-P |
| | § | |
| PHILLIP AMISANO-CAMILLO | § | (To Be Filed Under Seal) |

### SEALED INDICTMENT

The Grand Jury Charges:

#### Count One
Enticement of a Minor
(Violation of 18 U.S.C. § 2422(b))

From on or about April 22, 2012, through on or about May 7, 2012, in the Dallas Division of the Northern District of Texas, **Phillip Amisano-Camillo**, defendant, used the internet and a cellular telephone, facilities of interstate and foreign commerce, to knowingly persuade, induce and entice, and attempt to persuade, induce and entice, John Doe, a 14-year old boy, to engage in sexual activity for which the defendant could be charged with a criminal offense, specifically a violation of Sec. 22.011, Texas Penal Code, that is, Sexual Assault of a Child, which makes it a crime to intentionally and knowingly engage in sexual intercourse, and other enumerated sex acts, with a child under 17 years of age.

In violation of 18 U.S.C. § 2422(b).

Count Two
Travel with Intent to
Engage in a Sexual Act with a Minor
(Violation of 18 U.S.C. § 2423(b) and (e))

On or about May 4, 2012, in the Dallas Division of the Northern District of Texas, and elsewhere, **Phillip Amisano-Camillo**, defendant, knowingly traveled, and attempted to travel, in interstate commerce for the purpose of engaging in illicit sexual conduct with another person as defined in 18 U.S.C. § 2423(f)(1), by traveling from Washington State to Texas to engage in sexual acts, including anal sexual intercourse and oral sexual intercourse, with John Doe, a 14-year old boy.

In violation of 18 U.S.C. § 2423(b) and (e).

A TRUE BILL

*Richard Williams*
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

LISA J. MILLER
Assistant United States Attorney
Oklahoma State Bar No. 16795
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.767.2846
Lisa.Miller@usdoj.gov

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**SEALED**

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes ☐ No

   **Related Case Information**

   Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

   Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

   Search Warrant Case Number _____

   R 20 from District of _____

   Magistrate Case Number: _____

   Defendant Name: __PHILLIP AMISANO-CAMILLO__

   Alias Name: _____

   Address: _____

   *[Stamp: RECEIVED JUN 20 2012, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS]*

   County in which offense was committed: __Dallas, Texas__

2. **U.S. Attorney Information**

   **AUSA LISA J. MILLER**      Oklahoma State Bar # **16795**

3. **Interpreter**

   ☐ Yes ☐ No    If Yes, list language and/or dialect: _____

4. **Location Status WARRANT TO ISSUE**

   Arrest Date

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: **2**    ☐ Petty ☐ Misdemeanor ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 2422(b) | Enticement of a Minor | 1 |
   | 18 U.S.C. § 2423(b) and (e) | Travel with Intent to Engage in a Sexual Act with a Minor | 2 |

   Date: __June 15, 2012__    Signature of AUSA: _[signature]_ LISA J. MILLER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**SEALED**

THE UNITED STATES OF AMERICA

v.

PHILLIP AMISANO-CAMILLO

SEALED INDICTMENT   3 - 12CR - 177 - P

18 U.S.C. § 2422(b)
Enticement of a Minor

18 U.S.C. § 2423(b) and (e)
Travel with Intent to Engage in Sexual Act with a Minor

2 Counts

A true bill rendered

_____
DALLAS                                   FOREPERSON

Filed in open court this _____ day of June, A.D., 2012.

_____
                                         Clerk

**WARRANT TO ISSUE**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Magistrate Number Pending