CLOSED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
### CRIMINAL DOCKET FOR CASE #: 2:12-mj-00338-BAT-1

Case title: USA v. Amisano-Camillo  
Other court case number: 3-12CR-177-P Nothern District of Texas  

Date Filed: 06/22/2012  
Date Terminated: 06/28/2012

---

Assigned to: Hon. Brian A Tsuchida

### Defendant (1)

**Phillip Amisano-Camillo**  
*TERMINATED: 06/28/2012*  
*also known as*  
Phillip Anthony Amisano-Camillo  
*TERMINATED: 06/28/2012*

represented by **Paula Semmes Deutsch**  
FEDERAL PUBLIC DEFENDER'S OFFICE (SEA)  
1601 5TH AVE  
STE 700 WESTLAKE CENTER OFFICE TOWER  
SEATTLE, WA 98101  
206-553-1100  
Fax: FAX 553-0120  
Email: paula_deutsch@fd.org  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints

*Indictment out of the Northern District of Texas* 18:2422(b) - Enticement of Minor; 18:2423(b) and (e) - Travel with

### Disposition

Intent to Engage in a Sexual Act with a Minor

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Jill Otake**<br>US ATTORNEY'S OFFICE (SEA)<br>700 STEWART ST<br>STE 5220<br>SEATTLE, WA 98101-1271<br>206-553-7970<br>Email: jill.otake@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Dion**<br>US ATTORNEY'S OFFICE (SEA)<br>700 STEWART ST<br>STE 5220<br>SEATTLE, WA 98101-1271<br>206-553-7729<br>Email: michael.dion@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2012 | 1 | CHARGING DOCUMENT RECEIVED FROM OTHER COURT as to Phillip Amisano-Camillo (BB) (Additional attachment(s) added on 6/22/2012: # 1 Warrant) (BB). (Entered: 06/22/2012) |
| 06/22/2012 | | Arrest of Phillip Amisano-Camillo on 6/22/2012. (BB) (Entered: 06/22/2012) |
| 06/22/2012 | 2 | Minute Entry for proceedings held before Hon. Brian A Tsuchida- CRD: *Ben Beetham*; AUSA: *Jill Otake*; Def Cnsl: *Paula Deutsch*; PTS: *Raul Salazar*; Court Reporter: *Digital Recording*; Time of Hearing: *2:35 p.m.*; Courtroom: *12B*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS** as to Phillip Amisano-Camillo held on 6/22/2012. Appearance entered by Paula Semmes Deutsch for Phillip Amisano-Camillo on behalf of defendant. Financial affidavit reviewed and Counsel is appointed. Financial/Appointment to be reviewed at later date. Defendant advised of rights, charges in the Northern District of Texas, and penalties. Government moves for detention, hearing set. Court withholds signing Order of Transfer until further proceedings. Defendant remanded to custody. Rule 5 Detention Hearing set for 6/27/2012 at 02:00 PM in Courtroom 12B before Hon. Brian A Tsuchida. (BB) (Entered: 06/22/2012) |
| 06/22/2012 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER On the basis of the defendant's sworn financial statement, the court finds that he/she is financially unable to retain counsel. It is hereby ORDERED that the Federal Public Defender for the Western District of Washington be and hereby is appointed to represent the defendant pursuant to Title 18 United States Code 3006A. Signed by Hon. Brian A Tsuchida. *(No.pdf image attached)* (BB) (Entered: 06/22/2012) |

| | | |
|---|---|---|
| 06/22/2012 | 5 | MOTION for Detention by USA as to Phillip Amisano-Camillo (BB) (Entered: 06/22/2012) |
| 06/27/2012 | 6 | Minute Entry for proceedings held before Hon. Brian A Tsuchida- CRD: *A. Elkington*; AUSA: *Michael Dion*; Def Cnsl: *Dennis Caroll*; PTS: *Raul Salazar*; Court Reporter: *Digital Recording*; Time of Hearing: *2:30*; Courtroom: *12B*; **Scheduled R5 Status Hearing/Detention Hearing Hearing Not Held** as to Phillip Amisano-Camillo.<br><br>Defendant NOT PRESENT due to medical issues. Court finds good cause to continue detention hearing. R5 Status & Detention Hearing reset for 6/28/2012 at 03:15 PM in Courtroom 12B before Hon. Brian A Tsuchida. (AE) (Entered: 06/27/2012) |
| 06/28/2012 | 7 | Minute Entry for proceedings held before Hon. Brian A Tsuchida- CRD: *phv*; AUSA: *Michael Dion*; Def Cnsl: *Peter Avenia*; PTS: *Analiese Johnson*; Court Reporter: *digital recording*; Time of Hearing: *3:15pm*; Courtroom: *12B*; **RULE 5 STATUS & DETENTION HEARING** as to Phillip Amisano-Camillo held on 6/28/2012. Mr Avenia advises the Court his client's true name is Camill-Amisano. Mr Avenia clarifies data on previously filed fin afdt; Court appoints the Public Defenders Office. Deft signs Rule 5 waiver; Court reviews waiver and signs Order of Transfer.PTS report filed under seal. Mr Dion proffers and argues in support of the mtn to detain. Court hears argument for release by Mr Avenia. Additional proffer by Mr Dion. Court makes findings. Defendant ORDERED detained and REMANDED to custody. (PV) (Entered: 06/28/2012) |
| 06/28/2012 | 8 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to the Northern District of Texas as to Phillip Amisano-Camillo by Hon. Brian A Tsuchida. (cc: PTS, USMO) (BB) (Entered: 06/28/2012) |
| 06/28/2012 | 9 | Letter to the Northern District of Texas regarding Rule 5 Transfer Notification as to defendant Phillip Amisano-Camillo (BB) (Entered: 06/28/2012) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/29/2012 08:04:47 | | |
| **PACER Login:** ▮▮▮▮ | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 2:12-mj-00338-BAT |
| **Billable Pages:** 2 | **Cost:** | 0.20 |



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### OFFICE OF THE CLERK
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**WILLIAM M. MCCOOL**
District Court Executive
Clerk of Court

**LORI LANDIS**
Chief Deputy Clerk

June 28, 2012

**CLERK, US DISTRICT COURT**

Earle Cabell Federal Building and
 United States Courthouse
1100 Commerce Street, Room 1452
Dallas, TX 75242-1310

Re: **Phillip AMISANO-CAMILLO**

Your No: 3-12CR-177-P
Our No: MJ12-338

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated 6/28/2012, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please affirm in some manner the receipt of this transfer notification letter.

Sincerely,

WILLIAM M. MCCOOL, District Court Executive

By Ben Beetham,

_____
Deputy Clerk

```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

       JUN 28 2012
         AT SEATTLE
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                      DEPUTY
```

UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT OF WASHINGTON

at Seattle

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PHILLIP AMISANO-CAMILLO,

Defendant,

Case No. MJ12-338

WAIVER OF RULE 5(c)(3)(D) HEARING
and ORDER OF TRANSFER

### WAIVER OF RULE 5(c)(3)(D) HEARING

I, Phillip Amisano-Camillo, have appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule 20 and of my right to a further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

a) I acknowledge that I am the person named in an indictment, information, or warrant pending in the Northern District of Texas;

b)  I waive my right to production of the warrant or of any other original papers

   relating to these charges or certified copies thereof;

c)  If I am entitled to a preliminary examination, I elect to have it conducted in the

district where the prosecution is pending; and,

d)     I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending.

DATED this 28th day of June, 2012.

_____     _____
Defense Counsel                                         Defendant

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the Northern District of Texas. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this 28 day of June, 2012

_____
United States Magistrate Judge