ORIGINAL

w/otw

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

SEALED

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 6 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § | Cause No. 3:12-CR-177-P |
| PHILLIP AMISANO-CAMILLO, Defendant | § § § | |

## AGREED MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Attorney Ernst Mitchell Martzen, on behalf of Defendant Phillip Amisano-Camillo, and submits this Agreed Motion to Substitute Counsel in the above styled and numbered case. The undersigned has been retained in this matter by the Defendant, and has spoken personally with Assistant Federal Public Defender Douglas A. Morris about substituting into the case in Mr. Morris's place. Mr. Morris agrees to the substitution of counsel.

Therefore, the undersigned requests that this Motion be granted and that he be substituted as lead counsel for Phillip Amisano-Camillo in place of Mr. Morris. Additionally, the undersigned requests that this Court allow the Office of the Federal Public Defender and Assistant Federal Public Defender Douglas A. Morris to withdraw from this case. At the present time, the undersigned will serve as the Defendant's sole attorney of record.

Respectfully submitted,

_____
Ernst Mitchell Martzen
Texas State Bar No. 24055916
Attorney for Phillip Amisano-Camillo

MARTZEN PLLC
3102 Maple Ave., Suite 400
Dallas, Texas 75201
Tel: (214) 444-7200
Fax: (214) 613-1558
mitch@martzenlaw.com

## CERTIFICATE OF CONFERENCE

I, Ernst Mitchell Martzen, hereby certify that on August 1, 2012, I discussed this proposed motion with Mr. Douglas Morris, Assistant Federal Public Defender, and he did not oppose the motion. I further certify that on August 6, 2012, I discussed this proposed motion with Assistant United States Attorney Lisa Miller, and she was not opposed to the motion.

_____
Ernst Mitchell Martzen

## CERTIFICATE OF SERVICE

I, Ernst Mitchell Martzen, hereby certify that on August 6, 2012, a copy of the foregoing motion was delivered via email to Assistant United States Attorney Lisa Miller, United States Attorney's Office, Dallas, Texas and Assistant Federal Public Defender Douglas Morris.

_____
Ernst Mitchell Martzen